FILED IN CLERK'S OFFICE
U.S.D.C. A...

DEC 01 2010

JAMES ... CLERK
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| | ) | CIVIL ACTION FILE |
| | ) | NO. 1:09-cr-025-TCB-CCH-8 |
| v. | ) | |
| | ) | |
| Hernando Valencia-Munoz, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

This case is currently before the Court on the Report and Recommendation issued by Magistrate Judge C. Christopher Hagy [189]. Because no objections to the Report and Recommendation have been filed, the Court must conduct a plain error review of the record. *United States v. Slay,* 714 F.2d 1093, 1095 (11th Cir. 1983).

After careful review, the Court finds no plain error in the Magistrate Judge's factual or legal conclusions. The Court ADOPTS AS ITS ORDER the Report and Recommendation [189]. Defendant's motion to dismiss for lack of venue is hereby DENIED [137].

IT IS SO ORDERED this 1st day of December, 2010.

_____

Timothy C. Batten, Sr.
United States District Judge